PROB 35 **ORDER TERMINATING PROBATION PRIOR TO EXPIRATION DATE**

FILED
JUN 24 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 2:02CR00319-01 |
| ) | |
| AHSAN KLIM BAJWA ) | |

On April 28, 2003, the above-named was placed on Probation for a period of five years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Ben J. Blankenship

**Ben J. Blankenship
Senior United States Probation Officer**

Dated: June 23, 2005
       Fresno, California

### ORDER OF COURT

It is ordered that the Probationer be discharged from Probation, and that the proceedings in the case be terminated.

6/24/05
**Date**

**Honorable Edward J. Garcia
Senior United States District Judge**

Rev. 03/2005
PROB35.MRG